UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIL BLANK APPAREL, INC., et al., | No. 2:17-cv-451-KJM-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| SIERRA HOSPITAL, et al., | |
| Defendants. | |

Plaintiff Paul Blank, proceeding pro se, has filed a complaint purporting to allege civil rights violations. ECF No. 1. To proceed with a civil action a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or requests leave to proceed *in forma pauperis* and submit the affidavit required by 28 U.S.C. § 1915(a). Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis.

Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this order may result in the dismissal of this action.

So Ordered.

DATED: March 21, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE